# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY-VINCENT CARTMAN,** | : | CIVIL ACTION NO. 1:20-CV-432 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN SCOTT FINLEY,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 30th day of June, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C.§ 2241, (Doc. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) challenging petitioner's judgment and sentence in the United States District Court for the Northern District of Georgia is DISMISSED for lack of jurisdiction.

2. The petition for writ of habeas corpus is DENIED with respect to the Rehaif claim. (Doc. 4).

3. Petitioner's motions (Docs. 29, 30) for expedited relief are DISMISSED as moot.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania